UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EILEEN STAPLETON,

                    Plaintiff,

        v.                                          Civil Action No. 2:21-cv-4969
                                                    (FB)(TAM)
C.T. LOWNDES & COMPLANY, TINA ROLLINS, in
her individual capacity, and SARAH LOWNDES, in her
official capacity,

                    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Eileen Stapleton and

Defendants C.T. Lowndes & Company, Tina Rollins, in her individual capacity, and Sarah

Lowndes, in her official capacity, through their respective undersigned counsel, hereby stipulate

to the dismissal of all of Plaintiff's claims in the above-referenced action against Defendants and

such dismissal to be with prejudice and each party to bear his or its own costs.

Dated: Rhinebeck, New York                  Dated: White Plains, New York
       April 7, 2022                               April 8 , 2022

       Nathaniel K. Charny                         Siobhan Healy
       Charny & Wheeler P.C.                       Kaufman Dolowich Voluck
       9 West Market Street                        245 Main Street, Suite 330
       Rhinebeck, New York 12572                   White Plains, New York 10601
       Tel – (845) 876-7500                        Tel – (914) 470-0001
       ncharny@charnywheeler.com                   shealy@kdvlaw.com

       Attorneys for Plaintiff                     Attorneys for Defendants